Cameron D. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

WD 77919

Missouri Court of Appeals,
Western District.

FILED: February 23, 2016

S. Kate Webber, Kansas City, MO for appellant.

Rachel S. Flaster, Jefferson City, MO for respondent.

Before Division Two: Mark D. Pfeiffer, Presiding Judge, Lisa White Hardwick, and James E. Welsh, Judges

## ORDER

Per Curiam

Cameron Williams appeals the denial of his Rule 24.035 motion following a guilty plea to one charge of first-degree robbery. Williams contends that his plea was rendered unknowing and involuntary by the plea court's failure to comply with Rule 24.02. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b)